# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 564 | **DATE** | 7/17/2008 |
| **CASE TITLE** |  | USA vs. Sun Lee | |

**DOCKET ENTRY TEXT**

Initial appearance on removal proceeding held on 7/17/08 as to Sun Lee. Defendant appears in response to the arrest on 7/16/08. Defendant informed of his rights. Enter order appointing Mary H. Judge of the Federal Defender Program as counsel for defendant for the removal proceedings only. Defendant is not contesting that he is the person charged in the petition and warrant. Defendant waives detention hearing without prejudice in this district. Defendant agrees not to contest removal in custody. Order defendant removed to the District of Eastern District of Virginia as soon as possible to face the charges there pending against him.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|