UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**                                                  **OFFICE OF THE CLERK**
   **CLERK**                              July 23, 2008

Eastern District of Virginia
U.S. District Court
Office of the Clerk
Albert V. Bryan United States
Courthouse, 2nd Floor
401 Courthouse Square
Alexandria, VA 22314-5704

**Re:  U.S. -v-  Sun Lee aka Han Dong Park    -  08 CR 564**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | |
|---|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 564 | _X_ Order of Removal dated: 7/17/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| ____ Financial Affidavit | ____ Temporary Commitment |
| _X_ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                                   Sincerely yours,

                                                   Michael W. Dobbins, Clerk

                                                   by: _____
                                                      Marsha E. Glenn, Deputy Clerk